RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Eugene Westbrooks, II

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE WESTBROOKS, II,<br><br>Defendant. | 2:10-cr-00484-GMN-RJJ<br><br>**STIPULATED REQUEST TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, counsel for EUGENE WESTBROOKS, II, that the defendant's pretrial release be modified temporarily, as determined by Pretrial Services, for the date of November 24, 2011.

DATED this 22nd day of November, 2011

RENE L. VALLADARES                    DANIEL G. BOGDEN
Federal Public Defender                    United States of America


*/s/ Monique N. Kirtley*                    */s/ J. Gregory Damm*
By:_____        By:_____
MONIQUE N. KIRTLEY                    J. GREGORY DAMM
Assistant Federal Public Defender        Assistant United States Attorney
Counsel for Defendant Westbrooks      Counsel for the Plaintiff

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |
| 3 | * * * |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | 2:10-CR-484-GMN-RJJ |
| Plaintiff, | | |
| vs. | | **ORDER TEMPORARILY MODIFYING** <br> **CONDITION OF PRETRIAL RELEASE** |
| EUGENE WESTBROOKS, II, | | |
| Defendant. | | |

Based on the pending Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3145(a)(2) to temporarily modify the Curfew imposed, as determined by Pretrial Services, for date of November 24, 2011.

DATED this 22 day of November, 2011.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT COURT

2