UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:10-cr-484-GMN-RJJ |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER (HALFWAY HOUSE)** |
| EUGENE WESTBROOKS, II., | |
| Defendant. | |

Presently before the court is the matter of United States v. Eugene Westbrooks II., 2:10-cr-484-GMN-RJJ.

On September 27, 2013, this Court held a hearing regarding violations of Mr. Westbrooks' supervised release. At that hearing, the Court modified Mr. Westbrooks' supervised release conditions to include:

> <u>Reside in Residential Re-entry Center</u> - You shall reside at and participate in the program of a residential re-entry center for a period of 30 days as approved and directed by the probation officer.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant EUGENE WESTBROOKS, II. reside in Residential Re-entry Center (also known as the halfway house) for a period of 30 days as approved and directed by the probation officer.

**IT IS SO ORDERED** this 27th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge

1